**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:12-cr-00480-APG-PAL-1 |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | ORDER |
| CHERYL RAMOS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that RICHARD A. WRIGHT is appointed as counsel in place of John Lusk for all future proceedings. Mr. Wright shall assist Ms. Ramos with the preparation and submission of a Financial Affidavit. If necessary, the matter will then be referred to the Honorable Peggy A. Leen, United States Magistrate Judge, to determine if Ms. Ramos will be required to reimburse the Court for full or partial cost of Mr. Wright's representation.

DATED this  1st  day of June, 2014.
Nunc Pro Tunc: May 27, 2014

_____
UNITED STATES DISTRICT JUDGE