RICHARD A. WRIGHT, ESQUIRE
Nevada Bar NO. 886
WRIGHT STANISH & WINCKLER
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
702-382-4004
Attorney for Cheryl Ramos

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> vs. ) <br> CHERYL RAMOS, ) <br> Defendant. ) | CASE NO. 2:12-CR-00480-APG-PAL |

**UNOPPOSED EMERGENCY MOTION FOR
ONE DAY FURLOUGH AND TRAVEL**

COMES NOW the Defendant, CHERYL RAMOS, by and through her counsel, RICHARD A. WRIGHT, and requests a one day furlough on February 19, 2015 and authorization to travel to Arizona for employment purposes.

On September 23, 2014, Ms. Ramos was sentenced by Your Honor to one (1) day custody, to be followed by three (3) years supervised release, for committing the offense of Conspiracy to Defraud the Government with Respect to Government Claims. She began her term of supervision the same day in the District of Nevada.

As a condition of supervision, Ms. Ramos was ordered to spend the first six (6) months in the Las Vegas Residential Re-Entry Center (LVRRC). This was to be followed by six (6) months of home confinement with electronic monitoring. Ms. Ramos entered the LVRRC on November 3, 2014, after waiting for a bed to become available.

Ms. Ramos must attend a manager's meeting regarding her position as a manager for Pei Wei Asian Diner. A copy of her itinerary is attached hereto.

Assistant United States Attorney Cristina M. Brown does not oppose her request. Her conditions of supervision will be suspended during that time and she will be required to complete the unmet obligations upon her return.

Respectfully submitted,

WRIGHT STANISH & WINCKLER

BY _____
RICHARD A. WRIGHT, ESQUIRE
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Attorney for Defendant Cheryl Ramos

*********************************************

IT IS SO ORDERED.

DATED: February 18, 2015

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

- Remember to bring your itinerary and government-issued photo ID for airport check-in and security.

## Las Vegas (LAS) → Phoenix (PHX)
Feb 19, 2015 - Feb 19, 2015 . 1 round trip ticket

US Airways    F8BP9W
Expedia Booking ID    Y9PZWL

Your reservation is booked and confirmed. There is no need to call us to reconfirm this reservation.

### Traveler Information

**cheryl ramos**
Adult

No frequent flyer details provided

Ticket # 0377559815825

### Price Summary

| | |
|---|---|
| Traveler 1: Adult | $214 |
| Flight | $173 |
| Taxes & Fees | $41 |
| Expedia Booking Fee | $0 |
| **Total:** | **$214.20** |

All prices quoted in US dollars

* Seat assignments, special meals, frequent flyer point awards and special assistance requests should be confirmed directly with the airline.

### Feb 19, 2015 - Departure Nonstop — Total travel time: 1 h 10 m

US AIRWAYS

Las Vegas
LAS  6:35am
Terminal 1
US Airways  687
Economy / Coach (N) | Seat 18A | Confirm or change seats with the airline*

Phoenix
PHX  8:45am
Terminal 4

1 h 10 m

### Feb 19, 2015 - Return Nonstop — Total travel time: 1 h 10 m

US AIRWAYS

Phoenix
PHX  9:15pm
Terminal 4
US Airways  608
Economy / Coach (N) | Seat 21F | Confirm or change seats with the airline*

Las Vegas
LAS  9:25pm
Terminal 1

1 h 10 m

### Additional Flight Services

- The airline may charge <u>additional fees (Opens a new window)</u> for checked baggage or other optional services.

### Airline Rules & Regulations

- We understand that sometimes plans change. We do not charge a cancel or change fee. When the airline charges such fees in accordance with its own policies, the cost will be passed on to you.
- **Tickets are nonrefundable, nontransferable and name changes are not allowed.**
- Please read the complete penalty rules for changes and cancellations (Opens a new window) applicable to this fare.
- Please read important information regarding airline liability limitations (Opens a new window) .

### Need help with your reservation?

- Visit our Customer Support page.
- Call us at 1-877-261-3523
- For faster service, mention itinerary # **197418233930**

### Expedia+ rewards



43 points For Rewards

Expedia rewards