1  RICHARD A. WRIGHT, ESQUIRE
   Nevada Bar NO. 886
2  WRIGHT STANISH & WINCKLER
   300 S. Fourth Street
3  Suite 701
   Las Vegas, NV 89101
4  702-382-4004
   Attorney for Cheryl Ramos

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO. 2:12-CR-00480-APG-PAL |
| vs. | ) | |
| CHERYL RAMOS, | ) | |
| Defendant. | ) | |

**AMENDED EMERGENCY MOTION FOR TWO DAY FURLOUGH
FROM HOME CONFINEMENT FOR FUNERAL AND TRAVEL**

COMES NOW the Defendant, CHERYL RAMOS, by and through her counsel, RICHARD A. WRIGHT, amends the Emergency Motion for Two Day Furlough From Home Confinement for Funeral and Travel.

Counsel for Ms. Ramos has discussed this request with Christina Brown, Assistant United States Attorney who has no objection to Ms. Ramos requests for a two day furlough from home confinement for funeral and travel for August 29, 2015, and returning on August 30, 2015 and authorization to travel to Los Angeles, California to attend the funeral service of Ms. Ramos' Uncle Gil Guinez on August 29, 2015, mass at 10:00 a.m., Church of the Incarnation, 1001 N. Brand Boulevard, Glendale, California and funeral service at Callanan and Woods Scovern Mortuary, 511 S. Central Avenue, Glendale, California at 11:30 a.m.

On September 23, 2014, Ms. Ramos was sentenced by Your Honor to one (1) day custody, to be followed by three (3) years supervised release, for committing the offense of Conspiracy to

1  Defraud the Government with Respect to Government Claims. She began her term of supervision
2  the same day in the District of Nevada.
3        As a condition of supervision, Ms. Ramos was ordered to spend the first six (6) months in
4  the Las Vegas Residential Re-Entry Center (LVRRC). This was to be followed by six (6) months
5  of home confinement with electronic monitoring.
6        Ms. Ramos requests the two day furlough leaving August 29, 2015 and returning to Las
7  Vegas on August 30, 2015. Ms. Ramos understands that an additional two days will be added to her
8  six months of home confinement.
9        Undersigned counsel for Ms. Ramos discussed this request with Ms. Ramos's Probation
10 Officer, Steven Goldner, who has no objection to this request.

                                      Respectfully submitted,

                                      WRIGHT STANISH & WINCKLER

                                      BY    /s/ Richard A. Wright
                                      RICHARD A. WRIGHT, ESQUIRE
                                      300 S. Fourth Street
                                      Suite 701
                                      Las Vegas, NV 89101
                                      Attorney for Defendant Cheryl Ramos

                *******************************************

        IT IS SO ORDERED.

DATED: August __, 2015         _____
                                      ANDREW P. GORDON
                                      UNITED STATES DISTRICT JUDGE

2