RICHARD A. WRIGHT, ESQUIRE
Nevada Bar NO. 886
WRIGHT STANISH & WINCKLER
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: 702-382-4004
Fax: 702-382-4800
rick@wswlawlv.com
Attorney for Cheryl Ramos

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHERYL RAMOS, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 2:12-CR-00480-APG-PAL <br><br> **ORDER** |

**EX-PARTE MOTION FOR APPOINTMENT OF CJA COUNSEL
FOR EARLY DISCHARGE FROM PROBATION**

COMES NOW the Defendant, CHERYL RAMOS, by and through her prior CJA counsel, RICHARD A. WRIGHT, ESQUIRE, and hereby moves this Court for appointment of RICHARD A. WRIGHT to represent defendant on her Motion for an Early Discharge from Probation and related litigation.

On September 23, 2014, Ms. Ramos was sentenced by Your Honor to one (1) day custody, to be followed by three (3) years supervised release, for committing the offense of Conspiracy to Defraud the Government with Respect to Government Claims.  She began her term of supervision the same day in the District of Nevada.

Having completed most of the requirements imposed by the court,  at this time Ms. Ramos wants to petition the court for an early discharge from Probation and she requires the services of counsel to file such a Motion to the court and perform related legal services on that regard. Because of Ms. Ramos financial situation the IRS has closed their file as uncollectible at this time.

Ms. Ramos's current Probation Officer, is Tawni Salem.

Ms. Ramos respectfully request that RICHARD A. WRIGHT, ESQUIRE be appointed as her CJA counsel for purposes of litigating her early release from probation.

Dated August 3, 2016

                                  Respectfully submitted,

                                  WRIGHT STANISH & WINCKLER

                                  BY   /s/ Richard A. Wright
                                        RICHARD A. WRIGHT, ESQUIRE
                                        300 S. Fourth Street
                                        Suite 701
                                        Las Vegas, NV 89101
                                        Attorney for Defendant Cheryl Ramos

*******************************************

IT IS SO ORDERED.

DATED: August __5__, 2016                    _____
                                        ANDREW P. GORDON
                                        UNITED STATES DISTRICT JUDGE